IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| TECHTRONIC INDUSTRIES NORTH AMERICA, INC., | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO.: 1-04-1283-T/AN |
| SHANE DEXTER and<br>THE BLACK & DECKER CORP., | §<br>§<br>§<br>§ | |
| Defendants | § | |

### ORDER GRANTING
### TECHTRONIC INDUSTRIES NORTH AMERICA, INC.'S
### MOTION FOR DISMISSAL OF COMPLAINT

On motion of the Plaintiff Techtronic Industries North America, Inc. ("TTI"), and for good cause shown it is hereby

ORDERED, ADJUDGED, AND DECREED that the complaint filed in this matter is hereby dismissed without prejudice as to both defendants, with all costs of court to be assessed to the Plaintiff.

_____
HON. JAMES D. TODD
UNITED STATES DISTRICT COURT JUDGE
Dated: ~~March~~ April 20, 2005.

APPROVED FOR ENTRY:

By: _____
John McQuiston II (7806)
Stokes Bartholomew Evans & Petree
1000 Ridgeway Loop Road, Suite 200
Memphis, Tennessee 38120
Telephone: (901) 525-6781

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 4/25/05

Patricia Hummel Seifert
Jones Day
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: (214) 220-3939

Pamela Keith
Jones Day
51 Louisiana Avenue, NW
Washington, D.C. 20001
Telephone: (202) 879-3939

ATTORNEYS FOR TECHTRONIC INDUSTRIES NORTH AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following by U.S. Mail and facsimile this _8_ th day of March, 2005, addressed as follows:

    John S. Golwen
    Bass, Berry & Sims PLC
    100 Peabody Place, Suite 900
    Memphis, TN 38103-3672
    Facsimile: (888) 862-9455
    *Via facsimile*

    Gary C. Duvall
    Miles & Stockbridge, P.C.
    1 Pennsylvania
    Suite 900
    Towson, MD 21204
    Facsimile: (410) 823-8123
    *Via facsimile*

    Stephen Gardner
    Young & Perl, PLC
    One Commerce Square
    Suite 2380
    Memphis, TN 38103
    Facsimile: (901) 526-2702
    *Via facsimile*

_____
[signature]

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 1:04-CV-01283 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

Pamela Keith
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Patricia Hummel Seifert
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable James Todd
US DISTRICT COURT