

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

TECHTRONIC INDUSTIRES NORTH
AMERICA, INC.,

v.

SHANE DEXTER and                    CASE NUMBER:        1:04-1283-T/An
THE BLACK & DECKER CORP.,

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 4/20/2005, this action Is DISMISSED as to both defendants without prejudice, with all costs of court to be assessed to the Plaintiff.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

ROBERT R. Di TROLIO
CLERK

_____4/26/05_____        BY:   _____C. Kurd_____
DATE                                DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  4/28/05.

72

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 1:04-CV-01283 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Pamela Keith
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Patricia Hummel Seifert
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201

Honorable James Todd
US DISTRICT COURT